```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| IN RE:<br>YAMANDU DOMINGO CURBELO BETANCOURT<br>CARMEN EVELYN ARCE REYES<br><br>DEBTOR(S) | CASE NO. 08-04034-BKT<br><br>CHAPTER 13 |
|---|---|

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

   NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. This case had been closed as a VOLUNTARY DISMISSAL AFTER CONF case.

2. As of the date that this case was closed the below described check(s) remained unpaid after 90 days after the final distribution pursuant to 11 USC 1326.

3. In compliance with 11 USC 347(a) and Bankruptcy Rule 3011, the Trustee cancelled the below described check(s):

| CREDITOR'S NAME AND ADDRESS | CHECK NUMBER | AMOUNT |
|---|---|---|
| CARLOS ROBERTO MANZANO<br>148 FELIX CORDOVA DAVILA ST<br>KAROMA PLAZA SUITE 3<br>MANATI, PR  00674 | 0571301 | $4,049.48 |

4. The Trustee issued substitute check(s) payable to the Clerk of the Bankruptcy Court in the aggregate amount of $4,049.48, which has been delivered to the Court this same date for its disposition according to Chapter 129 of Title 28.

WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: March 25, 2011                                    /s/ José R. Carrión
                                                        José R. Carrión, Trustee
                                                        PO Box 9023884, Old San Juan
                                                        San Juan, PR 00902-3884
                                                        Tel. (787) 977-3535
                                                        Fax  (787) 977-3550

## VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

YAMANDU DOMINGO CURBELO BETANCOURT
CARMEN EVELYN ARCE REYES
SECTOR PABON
61 CALLE PEDRO PABON
MOROVIS, PR   00687

CARLOS ROBERTO MANZANO
148 FELIX CORDOVA DAVILA ST
KAROMA PLAZA SUITE 3
MANATI, PR   00674

CARLOS LAMOUTTE  INCLAN*
CARDONA-JIMENEZ LAW OFFICES
PATRIOTA POZO 9
MANATI, PR   00901-0674

In San Juan, Puerto Rico this Friday, March 25, 2011.

*Olga Sosa*
_____
Chapter 13 Clerk